# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 16-CV-1038-LRR |
| vs. | |
| NGL CRUDE LOGISTICS, LLC (f/k/a Gavilon, LLC), | JUDGMENT |
| Defendant. | |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED**

Judgment is entered in accordance with the attached Consent Decree filed on November 8, 2018.

**DATED** this 15th day of November, 2018.

Approved as to form by

Judge Linda R Reade
United States District Court
Northern District of Iowa

Robert L. Phelps, Clerk of Court
United States District Court
Northern District of Iowa

By: JH, Deputy Clerk